474 A.2d 657

Commonwealth v. Miller, Appellant.
Petition for Allowance of Appeal
Denied July 10, 1984.

Argued January 18, 1984. Arnold F. Laikin, for appellant; Frances Gerson, Assistant District Attorney, for Commonwealth, appellee.

640

Before ROWLEY, HESTER and ROBERTS, JJ.

Judgment of sentence affirmed.